*The Farmers Loan and Trust Company* v. *Simeon B. Jewett et al.* (4 suits.) H. KETCHUM, for complainants; J. RHOADES, for defendants. Motion for retaxation denied, with $7 costs.